# EXHIBIT "A"

From: Michael <mhofeditz@hotmail.com>
To: Reilinglaw <reilinglaw@aol.com>
Subject: Fwd: RJ from AlarmSIM
Date: Tue, Nov 8, 2016 10:43 am

Begin forwarded message:

**From:** Support <support@alarmsim.com>
**Subject: Fwd: RJ from AlarmSIM**
**Date:** November 15, 2013 at 1:26:39 PM HST
**To:** mhofeditz@hotmail.com

-------- Original Message --------
Subject: RJ from AlarmSIM
Date: Tue, 12 Nov 2013 13:03:23 -0500
From: Support <support@alarmsim.com>
To: mhofeditz@hotmail.com

Hello Mike!

This is RJ, we spoke on the phone yesterday regarding a reseller partnership with AlarmSIM and your company.

Here is a little information I gathered for you. I'm also asking you to respond with a little more information about your company so I can forward this over to the reseller management team.

First off, as I mentioned we have several partnership models available. I have selected the two best options for your company based on the information you supplied.

Option 1 - White Label: A white label partnership would consist of AlarmSIM supplying your company with a non-branded portal code. Your company would place this portal access code on your website, branded under your company for your customers to:

1) Purchase AlarmSIM cards directly from your company.
    *Your company would have pre-purchased AlarmSIM cards on hand for order fulfillment. Your company would be able to pre-purchase AlarmSIM cards; in lots of at least 10 or more and at a rate of $45 each. Your company
      will only be able to resell AlarmSIM cards at our approved reseller rate of $54.95 to $59.95 (your company's choice) and may NEVER resell AlarmSIM cards at a rate lower than that of AlarmSIM.com or any other AlarmSIM
      driven promotion, anywhere- including online selling sites such as eBay, Amazon, etc.

2) Check AlarmSIM account balance from your company's website.
    *AlarmSIM will supply your company with a non-branded portal code for your company's customers to check there account balance online, from

your company's website.

3) Reload AlarmSIM account from your company's website.
     *AlarmSIM will supply your company with a non-branded portal code for your company's customers to reload their account online, from your company's website. All sales of reloads will handled by AlarmSIM, through your
        customer portal.  You're company will receive a $.50 convenience fee commission on each reload purchased on your company's website, via the portal.

Your company would handle Customer support or pay AlarmSIM $75 a month for unlimited white label support, including online support as well as a white label toll-free number for your customers to call. Any calls from a white label toll-free number to our call center will automatically be answered by one of our staff and your customer will be greeted by your company's name.

Start up fees for white labeled portals are $1,200.00.  This fee includes the setup and creation of your company's non-branded portal and a start up SIM card package, including 20 SIM cards.

----------------------------------

Option 2 - Basic Reseller Program:
              With our basic reseller program, your company would have access to a private ordering portal via AlarmSIM.com. Your company would be permitted to sell AlarmSIM cards at a rate of $54.95 (ONLY) to your
              company's customers. Your company would bill your customers for the SIM card purchase. Next, your company would access the private ordering portal and purchase the SIM Card. AlarmSIM would then fulfill
              your company's order and dropship to your company's customer. Your company would receive a reseller discount on each AlarmSIM card purchased through the private ordering portal. The basic reseller discounted
              price is currently $47.00 each. Free standard shipping would be provided for free in the US. Your company would have the option of purchasing 2-3 day shipping for an additional charge of $6.00 for each order.
              You company's customers would be able to follow a link from your company's website to reload  and check balance on an AlarmSIM branded website.  Your company would receive no commission for reloads.

Start up fees for Basic Reseller Program are $300 and will include setup of your company's private ordering portal and unique reseller link. After your company creates $1,000.00 in revenue for AlarmSIM, the $300 basic reseller program start up fees would be released back to your company.


----------------------------------

Ok, SO... if you could, let me know if you are interested in either of the partnership opportunities above, the name of your company, a website address of where you would be supplying links to our products and your company address and phone number.  I'll give you a call after I receive this information from you.

Once more, Mike, thank you for your interest in AlarmSIM!

I hope to speak with you again, soon!

Regards,
RJ

Best Regards,

Michael Hofeditz, Entrepreneur

Fortress Secure Solutions

P.O. Box 991

Walla Walla, WA 99362

Cell 253.468.0196

http://www.FortressSecurityStore.com

CONFIDENTIALITY NOTICE: The slight variations in spelling and grammar have been added to this email in order to enhance its individual character and beauty and in no way are to be considered flaws or defects. However trivial and irrelevant it may seem, the information in this e-mail is privileged and confidential. You are not allowed to use it, copy it or share it with anyone else whether or not you were supposed to get it in the first place. If you received this e-mail in error, please reply to sender, delete it from your system and forget everything you read.

# EXHIBIT "B"

From: Michael <mhofeditz@hotmail.com>
To: Reilinglaw <reilinglaw@aol.com>
Subject: Fwd: Your Recent AlarmSIM Order
Date: Tue, Nov 8, 2016 10:45 am

Begin forwarded message:

From: AlarmSIM <orders@alarmsim.com>
Subject: Your Recent AlarmSIM Order
Date: January 30, 2014 at 11:10:31 AM HST
To: mhofeditz@hotmail.com

Thank you for your purchase!

We are processing your order now. As soon as your order processes and ships, we will e-mail you.

Once more, thank you for your business and most of all, welcome to the AlarmSIM family!

Best Regards,
The AlarmSIM Team


*Best Regards,*

*Michael Hofeditz, Entrepreneur*

*Fortress Secure Solutions*

*P.O. Box 991*

*Walla Walla, WA 99362*

*Cell 253.468.0196*

*http://www.FortressSecurityStore.com*

CONFIDENTIALITY NOTICE: *The slight variations in spelling and grammar have been added to this email in order to enhance its individual character and beauty and in no way are to be considered flaws or defects. However trivial and irrelevant it may seem, the information in this e-mail is privileged and confidential. You are not allowed to use it, copy it or share it with anyone else whether or not you were supposed to get it in the first place. If you received this e-mail in error, please reply to sender, delete it from your system and forget everything you read.*

# EXHIBIT "C"

Begin forwarded message:

From: AlarmSIM LLC <company@alarmsim.com>
Subject: **Important 2G Sunset Update for Your Security System**
Date: December 14, 2015 at 5:41:31 PM PST
To: mhofeditz@hotmail.com
Reply-To: info@remotehomecontroller.com

Is Your Security Panel on the 3G Network? If It Doesn't Say So Specifically, It Isn't.

Dear Customer:

This is an important update about your security system.

Many of you have contacted us with concerns about your 2G based security system.

Some of you have already lost access to the SMS alerts.

https://mail.aol.com/webmail-std/en-us/PrintMessage

1/3

The reason is because, as the 2G network is being phased out, the carriers are moving their capacities into the 3G network. In some markets, access is no longer available. In others, it is diminished. This is in preparation of the final sunset of the network in 2016.

THIS IS A SERIOUS RISK TO THE PROPER FUNCTIONING OF YOUR SECURITY SYSTEM.

The existing companies have been either slow or absent in their response.

AlarmSIM has decided to introduce its own, new 3G security panel.

In order to save you trouble and money, this panel is designed to work with most existing wireless sensors, Furthermore, this panel will also allow control of camera, smart home and other advanced sensors.

We are extending a special invitation for AlarmSIM customers to pre-purchase this revolutionary alarm panel. Based on the latest Android OS, it will get regular, automatic updates, has 2 SIM slots for added security.

This panel is to what is currently on the market what a computer is to a calculator.

THIS DISCOUNTED OFFER IS LIMITED TO THE FIRST 200 ORDERS.

**CLICK HERE TO ORDER**

Thank you for your continued support and, as always, Stay Safe!

Sincerely,

The AlarmSIM Team

Forward this email

SafeUnsubscribe

This email was sent to mhofeditz@hotmail.com by company@alarmsim.com |
Update Profile/Email Address | Rapid removal with SafeUnsubscribe™ | About our service provider.

EXHIBIT "D"

May I help you?

Hello. May I help you with something?

Hello

*Eric has joined the conversation*

Hi

How can I help you?

**Yes, Was it you I was just talking to? I clicked on a the accessories, and it took me out of the chat.**

Yeah, I guess it did.

**So will this system work with the Fortress Sirens as well?**

Yes, it's specifically designed to replace the Fortress systems.

**So do you guys work with/for Fortress?**

No, we're not affiliated, but our panel is designed to work with their accessories.

**Ok, but how was this made to work with Fortress? Do they send you business? When their customers need SIM cards?**

The SIM cards are separate from the panel.

The panel itself is designed to receive the broadcast signal from accessories

**I see, but it says this will replace your Fortress system, that is why I thought you were affiliated.**

**You just have a lot of customers who have the Fortress System?**

**Because when I ordered through Fortress, they recommended we use AlarmSim for the Sim card.**

Well, what happened is that we had a lot of requests from people who have a 2G system, and are worried about losing access.

This is what prompted the creation of this panel.

So Fortress recommended your Company for the sim card use, the reason I am sure you got a lot of subscribers since you mention Fortress on this email, and your now soliciting the customers they sent you and you are trying to sell them a panel from your company?

Does Fortress or PiSector know about this?
I don't work for Alarm SIM, so I coudn't answer this question.
Our panel is designed to work with a wide variety of accessories.

Ok, the email came from alarm sim

company@Alarmsim.com

Hello?
I can only answer technical questions about the panel.
Do you have a technical question?

Something really doesn't seem right here. I will be contacting Fortress so they know about this. And I really doubt they will continue to recommend Alarmsim to their customers.
19:27
*Eric has left the conversation*

EXHIBIT "E"

From: Michael Hofeditz <mhofeditz@hotmail.com>
To: Reilinglaw <reilinglaw@aol.com>
Subject: Re: AlarmSIM
Date: Thu, Dec 24, 2015 10:03 am

Hello Richard,
This was sent to our support email today from RJ, at AlarmSIm. He addresses Ben Murray, who is an employee here.



**AlarmSIM**
Dec 23, 12:40 PM

Hello, Mr. Murray.

This is RJ, from AlarmSIM.

I have written in the past to see if you could work with us on supplying us with some information in resolving a select few individuals that we share as customers.

I never heard back from you in the past, so I am hoping you will kindly reply to this inquiry.

Could you please provide us a list of which of your systems are 2G and which systems are 3G or 4G, this would greatly help our support team in correcting any issues and would clarify the situation for us all.

Also, we understand you have a new unit. We are wondering if we can order a sample of the newer unit to have on hand, as we believe this would help us in offering support to users of that device.

Thank you again,
RJ
The AlarmSIM Team

# EXHIBIT "F"

**FORTRESS'S WASHINGTON STATE CUSTOMERS
CONTACTED BY DECEMBER, 2015 E-MAIL**

| No. | Last Name | AlarmSIM No. (from Spreadsheet) |
|---|---|---|
| 1 | Sanderson | 126 |
| 2 | Harris | 125 |
| 3 | Staub | 124 |
| 4 | Patton | 122 |
| 5 | Grow | 121 |
| 6 | Knickerbocker | 120 |
| 7 | Thompson | 119 |
| 8 | Owens | 118 |
| 9 | Evans | 115 |
| 10 | Woodward | 111 |
| 11 | de la Grange | 110 |
| 12 | Mendez | 107 |
| 13 | Archer | 106 |
| 14 | Garcia | 105 |
| 15 | Potter | 103 |
| 16 | Benedetti | 100 |
| 17 | Brown | 98 |
| 18 | Van Krieken | 95 |
| 19 | Craig | 94 |
| 20 | Busch | 92 |
| 21 | Rose | 91 |
| 22 | Hakimian | 90 |
| 23 | Thomas | 88 |
| 24 | Minniti | 87 |
| 25 | Christine | 86 |
| 26 | Norris | 85 |
| 27 | Wright | 83 |
| 28 | Bender | 81 |
| 29 | Raines | 80 |
| 30 | Simpson | 78 |
| 31 | Murray | 76 |
| 32 | Chen | 73 |
| 33 | Penner | 72 |
| 34 | Bowles | 71 |
| 35 | Zuckschwerdt | 69 |
| 36 | Jester | 67 |
| 37 | Wagner | 66 |
| 38 | Wallace | 65 |
| 39 | Minniti | 64 |
| 40 | Wong | 62 |

| 41 | Schmidt | 61 |
| --- | --- | --- |
| 42 | Lombard | 60 |
| 43 | Fogaras | 58 |
| 44 | Kory | 56 |
| 45 | Singh | 55 |
| 46 | Flasch | 53 |
| 47 | Kuokka | 52 |
| 48 | McClain | 49 |
| 49 | Bennett | 48 |
| 50 | Theriault | 47 |
| 51 | Mao | 46 |
| 52 | Roofing | 45 |
| 53 | Clifton | 44 |
| 54 | Kapsi-Schumn | 43 |
| 55 | Martin | 42 |
| 56 | Shurtz | 40 |
| 57 | Morgan | 39 |
| 58 | Smith | 38 |