UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FORTRESS SECURE SOLUTIONS LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALARMSIM LLC, a North Carolina limited liability company, and RICKIE GUTHRIE JR., an individual,<br><br>Defendants. | NO. 4:17-CV-5058-TOR<br><br>ORDER GRANTING VOLUNTARY DISMISSAL OF CERTAIN CLAIMS |

BEFORE THE COURT is the Parties' Stipulated Motion for Dismissal of Certain Claims (ECF No. 117). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties have stipulated to dismissal of Plaintiff's First Cause of Action, False Designation of Origin, with prejudice. The Court has reviewed the record and files herein, and is fully informed.

ORDER GRANTING VOLUNTARY DISMISSAL OF CERTAIN CLAIMS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the Parties' Stipulation, the Parties' Motion for Dismissal of Certain Claims (**ECF No. 117**) is **GRANTED**. Plaintiff's First Cause of Action is **DISMISSED** with prejudice and without an award of fees or costs to either party. All other claims not previously dismissed remain pending.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

**DATED** November 1, 2019.



THOMAS O. RICE
Chief United States District Judge