UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| FORTRESS SECURE SOLUTIONS, LLC, | NO: 4:17-CV-5058-TOR |
|---|---|
| Plaintiff, | ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| ALARMSIM, LLC, and RICKIE D. GUTHRIE, JR., | |
| Defendants. | |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 146). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal of all claims and provides that each party will bear its own costs, expenses, and attorneys' fees. The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this action are **DISMISSED** with prejudice, each party shall bear its own costs, expenses, and attorneys' fees.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 20, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2