# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| FORTRESS SECURE SOLUTIONS, LLC,<br>*Plaintiff*<br>v.<br>ALARMSIM, LLC, and<br>RICKIE D. GUTHRIE, JR.,<br>*Defendant* | )<br>)<br>)  Civil Action No. 4:17-CV-5058-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims and causes of action in this matter are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   on the parties' Stipulation of Dismissal ECF No. 146.

Date: March 20, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen